**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFERY LONG**                                                                                        **PLAINTIFF**
**ADC #117341**

**V.**                 **CASE NO.: 1:07CV00026 SWW/BD**

**ERIC HOLOWELL,** *et al.*                                                        **DEFENDANTS**

## **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DENIES Plaintiff's motion for preliminary injunction (#54).

IT IS SO ORDERED this 26th day of November 2007.

                                                                  /s/Susan Webber Wright

                                                                  UNITED STATES DISTRICT JUDGE