**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JEFFERY LONG
ADC # 117341**                                                                                       **PLAINTIFF**

**v.**                    **CASE NO.: 1:07cv00026 SWW/BD**

**ERIC HOLOWELL, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court GRANTS Defendants' motion for summary judgment (docket entry #140). Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED this 28th day of October 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE